PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Kevin Lee Mosele                           Cr.: 15-00099-001
                                                            PACTS #: 521331

Name of Sentencing Judicial Officer:   The Honorable Judge R. Gary Klausner
                                       United States District Judge

Date of Original Sentence: 01/05/2015-Central District of California
                           02/19/2015-Assigned to the Honorable Susan D. Wigenton, United States
                           District Judge

Original Offense: Interference With Flight - Crew Members And Attendants

Original Sentence: Probation-36 months

Special Conditions: Special Assessment $10, Location Monitoring 3 months, Financial Disclosure, No New Debt/Credit, Drug and Alcohol Treatment

Type of Supervision: Probation                              Date Supervision Commenced: 01/05/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.' |
|   | The offender was arrested by Freehold borough Police, on April 19, 2015, and charged with Driving While Intoxicated. He was released on bail. The charge is pending in Freehold Borough Municipal Court. |

U.S. Probation Officer Action:

Reporting has been increased. The offender will be participating in Intensive Outpatient treatment, at Recovery Innovations, in Eatontown, New Jersey. We request no action be taken at this time. Our office will keep the court apprised of this matter.

Respectfully submitted,

By: Monica G Martin
U.S. Probation Officer
Date: 05/04/2015

Prob 12A – page 2
Kevin Lee Mosele

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

May 4, 2015
Date