# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Kevin Lee Mosele                               Cr.: 15-00099-001
                                                                PACTS #: 521331

Name of Sentencing Judicial Officer:    HONORABLE R. GARY KLAUSNER
                                        UNITED STATES DISTRICT JUDGE
                                        (CENTRAL DISTRICT OF CALIFORNIA)

Name of Assigned Judicial Officer:   HONORABLE SUSAN D. WIGENTON
                                     UNITED STATES DISTRICT JUDGE
                                     (ASSIGNED 02/19/2015)

Date of Original Sentence: 01/05/2015 (Central District of California)

Original Offense:  Interference With Flight - Crew Members And Attendants

Original Sentence: Probation - 36 months

Special Conditions: Special Assessment - $10, Location Monitoring - 3 months, Financial Disclosure, No
New Debt/Credit, Drug and Alcohol Treatment, Community Service (when not employed or excused)

Type of Supervision: Probation                    Date Supervision Commenced: 01/05/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | The offender was arrested by New Brunswick Police on September 27, 2017, and charged with Disorderly Conduct and Resisting Arrest. He was released on his own recognizance. The next court date is scheduled for January 9, 2018. |

U.S. Probation Officer Action:

The offender's requirements to report to the Probation Office have been increased. The offender has been
participating in outpatient treatment, at Recovery Innovations, in Eatontown, New Jersey. The court date
has been postponed twice since October 2017. We request no action be taken at this time, and that
supervision be allowed to expire as scheduled on January 4, 2018.

Respectfully submitted,

*Monica Martin*

By: Monica G Martin,
    U.S. Probation Officer
Date:  12/14/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken – Supervision to Expire as Scheduled on January 4, 2018.

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
Date